UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIRD FEDERAL SAVINGS BANK, : | |
| : | CIVIL ACTION NO. 02 cv 4403 |
| Plaintiff : | |
| vs. : | |
| RW PROFESSIONAL LEASING : | |
| SERVICES CORP., : | JURY TRIAL DEMANDED |
| and : | |
| BARRY DRAYER, : | |
| Defendants : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter my appearance on behalf of the Defendants, RW Professional Leasing Services Corp. and Barry Drayer, in the above-captioned matter.

FITZPATRICK LENTZ & BUBBA, P.C.

Date:   October 1, 2002          By:_____/S/_____
                                    Douglas J. Smillie
                                    4001 Schoolhouse Lane
                                    P.O. Box 219
                                    Center Valley, PA 18034-0219
                                    (610) 797-9000
                                    Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIRD FEDERAL SAVINGS BANK, : | |
| : | CIVIL ACTION NO. 02 cv 4403 |
| Plaintiff : | |
| : | |
| vs. : | |
| : | |
| RW PROFESSIONAL LEASING : | |
| SERVICES CORP., : | JURY TRIAL DEMANDED |
| : | |
| and : | |
| : | |
| BARRY DRAYER, : | |
| : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, DOUGLAS J. SMILLIE, hereby certify that a true and correct copy of the Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF System.  In addition, a true and correct copy was served upon counsel for Plaintiff at the following address, by regular U.S. Mail, postage prepaid, upon the following:

> Andrew W. Bonekemper, Esquire
> Fox Rothschild O'Brien & Frankel, LLP
> 1250 South Broad Street
> Lansdale, PA 19446

> FITZPATRICK LENTZ & BUBBA, P.C.

Dated:  October 1, 2002      By:_____/S/_____
                              Douglas J. Smillie
                              4001 Schoolhouse Lane
                              P.O. Box 219
                              Center Valley, PA 18034-0219
                              (610) 797-9000