UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIRD FEDERAL SAVINGS BANK, : | |
| : | CIVIL ACTION NO. 02 CV 4403 |
| Plaintiff : | |
| : | |
| vs. : | |
| : | |
| RW PROFESSIONAL LEASING : | |
| SERVICES CORP., : | JURY TRIAL DEMANDED |
| : | |
| and : | |
| : | |
| BARRY DRAYER, : | |
| : | |
| Defendants : | |

## STIPULATION

Pursuant to Local Rule 7.4(2), it is hereby hereby stipulated by and between counsel for the Plaintiff, Andrew W. Bonekemper, Esquire, and counsel for the Defendants, Douglas J. Smillie, Esquire, that the time within which the Defendants shall answer, plead or otherwise move to the Complaint shall be extended through and including November 8, 2002, subject to approval by the Court. No prior extension has been requested.

Date: 10/14/02

_____
Douglas J. Smillie, Esquire
Counsel for Defendants

Date: 10/11/02

_____
Andrew W. Bonekemper, Esquire
Counsel for Plaintiff

Stipulation granted:

By:_____     Dated:_____
     Clerk of the Court

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIRD FEDERAL SAVINGS BANK, : | |
| : | CIVIL ACTION NO. 02 cv 4403 |
| Plaintiff : | |
| vs. : | |
| : | |
| RW PROFESSIONAL LEASING : | |
| SERVICES CORP., : | JURY TRIAL DEMANDED |
| : | |
| and : | |
| : | |
| BARRY DRAYER, : | |
| : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, DOUGLAS J. SMILLIE, hereby certify that a true and correct copy of the Stipulation has been filed electronically and is available for viewing and downloading from the ECF System. In addition, a true and correct copy was served upon counsel for Plaintiff at the following address, by regular U.S. Mail, postage prepaid, upon the following:

>Andrew W. Bonekemper, Esquire
>Fox Rothchild O'Brien & Frankel LLP
>1250 South Broad Street, Suite 1000
>P.O. Box 431
>Lansdale, PA 19446-0431

>FITZPATRICK LENTZ & BUBBA, P.C.

Dated:   October 14, 2002          By:_____/S/_____
                                    Douglas J. Smillie
                                    4001 Schoolhouse Lane, P.O. Box 219
                                    Center Valley, PA 18034-0219
                                    (610) 797-9000