## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THIRD FEDERAL SAVINGS BANK,<br>              Plaintiff, | : | CIVIL ACTION |
| v. | : | NO.  02-CV-4403 |
| RW PROFESSIONAL LEASING SERVICES CORP. et. al.,<br>              Defendants. | : | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)(1)(i), Fed.R.Civ.P.

Plaintiff, Third Federal Savings Bank, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

David A. Gradwohl (18340)
Andrew W. Bonekemper (84313)
1250 South Broad Street, Suite 1000
Lansdale, PA 19446-0431
215-669-6000
Attorneys for Plaintiff, Third Federal Savings Bank

Dated: November 20, 2002

LN1 113611v1 11/20/02