## CERTIFICATE OF SERVICE

David A. Gradwohl, Esquire, hereby certifies that a true and correct copy of the Notice of Voluntary Dismissal has been filed electronically and is available for viewing and downloading from the ECF System. In addition, a true and correct copy was served by regular U.S. Mail, postage pre-paid, upon:

> Douglas J. Smillie, Esquire
> Fitzpatrick, Lentz & Bubba, P.C.
> 4001 Schoolhouse Lane, P.O. Box 219
> Center Valley, PA 18034-0219

> FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
>
> */s/ David A. Gradwohl*
> David A. Gradwohl (18340)
> Andrew W. Bonekemper (84313)
> 1250 South Broad Street, Suite 1000
> Lansdale, PA 19446-0431
> 215-669-6000
> Attorneys for Plaintiff, Third Federal Savings Bank

Dated: November 20, 2002

2

LN1 113611v1 11/20/02